IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

KIRK DOUGLAS HARRIS,

    Petitioner,

v.

JOSE M. VAZQUEZ, Warden,

    Respondent.

CIVIL ACTION NO.: CV205-068

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which Harris has filed a Motion to Strike.[1] In this pleading, Harris contends that the Magistrate Judge's Report should be stricken from the docket of this case because he did not consent to the Magistrate Judge's participation in any of the pleadings. Harris cites to 28 U.S.C.A. § 636(c)(1) as support for his position.

Section 636(c)(1) pertains to the parties' consent to have a Magistrate Judge conduct a trial. However, 28 U.S.C.A. § 636(b)(1)(B) permits a District Court Judge to designate a Magistrate Judge to submit his proposed findings of fact and recommendations for the disposition of any pretrial matter, including a Motion to Dismiss, which Respondent filed in the case *sub judice*. The parties need not consent to such a participation by the Magistrate Judge during this stage of the litigation.

Harris' Motion to Strike the Magistrate Judge's Report and Recommendation (Doc. No. 15) is **DENIED**. The Report and Recommendation of the Magistrate Judge is adopted

---

[1] The Court construes Harris' Motion to Strike as both a motion and as his Objections to the Magistrate Judge's Report and Recommendation.

as the opinion of the Court. Harris' petition for writ of habeas corpus, filed pursuant to 28 U.S.C.A. § 2241, is **DISMISSED**. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

SO ORDERED, this 29th day of Sept., 2005.

*Anthony A. Alaimo*
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)