# United States District Court
## Southern District of Georgia

KIRK DOUGLAS HARRIS

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV205-68

JOSE M. VAZQUEZ, WARDEN

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order entered September 29, 2005, adopting the Magistrate Judge's Report and Recommendation; judgment is hereby entered dismissing petition for writ of habeas corpus.

EOD: 9/29/05

Deputy Clerk

| September 29, 2005 | Scott L. Poff |
|---|---|
| Date | Clerk |
| | (By) Deputy Clerk |